IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY WASHINGTON,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

  v.                                          Case No. 14-cv-208-wmc

GARY BOUGHTON, Warden,
Wisconsin Secure Program Facility,

    Respondent.

---

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Rodney Washington's petition for a writ of habeas corpus and dismissing this case with prejudice.

| /s/ | 8/16/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |