IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY WASHINGTON,

           Petitioner,

v.

                                                                                 14-cv-208-wmc
App. No. 16-3253

GARY BOUGHTON, Warden,
Wisconsin Secure Program Facility,

           Respondent.

      On August 16, 2016, the court denied the habeas corpus petition filed by state prisoner Rodney Washington pursuant to 28 U.S.C. § 2254. Washington has filed a notice of appeal from that order and requests leave to proceed *in forma pauperis* on appeal. (Dkts. #39, #40). Washington has submitted a certified copy of his trust fund account statement, demonstrating that he is indigent for the purpose of proceeding on appeal *in forma pauperis*. Because it does not appear that Washington has filed his appeal in bad faith or that leave to proceed is otherwise precluded by Fed. R. App. P. 24(a), the court certifies that he is eligible for indigent status with respect to his notice of appeal. Accordingly, Washington's request for leave to proceed *in forma pauperis* is granted.

ORDER

      IT IS ORDERED that having CERTIFIED that the notice of appeal filed in this case (dkt. #39) has not been taken in bad faith for purposes of Fed. R. App. P. 24(a)(3), petitioner Rodney Washington's motion for leave to proceed *in forma pauperis*, (dkt. #40), is GRANTED.

      Entered this 20th day of September, 2016.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              WILLIAM M. CONLEY
                                              District Judge